R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-691-1086

Attorney for Defendant,
California Expanded Metal Products Co.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Seal4Safti, Inc., a Washington corporation,<br><br>Plaintiff,<br><br>California Expanded Metal Products Co., a California company,<br><br>Defendant. | CASE NO. 2:20-cv-10409 −MCS−JEM<br><br>**INDEX OF DEPOSITION DESIGNATIONS PURSUANT TO LOCAL RULE 16-2.7(c)**<br><br>Trial Date: May 3, 2022<br>Time:  8:30 a.m.<br>Place: Courtroom 7C<br><br>Honorable Mark C. Scarsi |

Pursuant to Federal Rule of Civil Procedure 32(a) and Local Rule 16.2-7(c), Defendant/Counterclaim-Plaintiff California Expanded Metal Products Company ("CEMCO") and Plaintiff/Counterclaim-Defendant Seal4Safti, Inc. ("S4S") provide the following index of deposition transcript designations to be used at trial. Included herewith are the portions of the deposition offered, objections, and the grounds of objections for each Party.

### I. DEPOSITION OF DAVID TULLIS

| CEMCO's Designations | S4S's Objection & Grounds Therefor |
|---|---|
| Pg. 18, lns. 16-21 | No Objection. |
| Pg. 26, lns. 3-18 | For Pg. 26, lns. 3-11: No objection<br><br>For Pg. 26, lns. 12-18: Lacks Foundation; Calls for Speculation; Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |
| Pg. 37, ln. 20 – Pg. 38, ln. 11 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |
| Pg. 48, ln. 3 – Pg. 49, ln. 16 | No Objection. |
| Pg. 50, ln. 11 – Pg. 51, ln. 14 | No Objection. |
| Pg. 52, ln. 13 – Pg. 55, ln. 21 | No Objection. |
| Pg. 64, ln. 21 – Pg. 65, ln. 2 | Incomplete Quotation; Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |
| Pg. 72, ln. 19 – Pg. 73, ln. 11 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |
| Pg. 79, ln. 8 – Pg. 80, ln. 13 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |
| Pg. 91, lns. 9-19 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |
| Pg. 108, ln. 6 – Pg. 109, ln. 2 | No Objection. |
| Pg. 110, ln. 7 – Pg. 111, ln. 3 | For Pg. 110, lns. 7-22: No Objection<br><br>For Pg. 110, ln. 23 – Pg. 111, ln. 3: Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |
| Pg. 120, ln. 23 – Pg. 121, ln. 23 | No Objection. |
| Pg. 142, ln. 12 – Pg. 144, ln. 6 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |

TROJAN LAW OFFICES
BEVERLY HILLS

| | |
|---|---|
| Pg. 146, lns. 4-14. | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. |

| S4S's Counter-Designations | CEMCO's Objection & Grounds Therefor |
|---|---|
| Pg. 39, ln. 16 – Pg. 40, ln. 25 | No Objection. |
| Pg. 44, ln. 23 – Pg. 45, ln. 18 | For Pg. 44, lns. 23-25: No Objection<br><br>For Pg. 45, lns. 1-18: Irrelevant; Prejudice outweighs probative value; Speculative; Non-responsive (45:19-20) – FRE 402, 403. |
| Pg. 49, ln. 17 – Pg. 50, ln. 6 | No Objection. |
| Pg. 51, lns. 15-22 | No Objection. |
| Pg. 64, lns. 1-4 | Prejudice outweighs probative value as the designation is contrary to Court's Claim Construction Order (Dkt. #65) – FRE 403. |
| Pg. 65, lns. 2-7 | No Objection. |
| Pg. 76, ln. 11 – Pg. 77, ln. 22 | No Objection. |
| Pg. 91, ln. 20 – Pg. 93, ln. 11 | No Objection. |
| Pg. 103, ln. 3 – Pg. 104, ln. 6 | No Objection. |
| Pg. 138, ln. 3 – Pg. 139, ln. 9 | No Objection. |

## II.   DEPOSITION OF LESZEK ORSZULAK[1]

| CEMCO's Designations | S4S's Objection & Grounds Therefor |
|---|---|
| Pg. 43, lns. 6-18 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403.<br>Cumulative-not unique testimony as Mr. Sydry will be able to offer same testimony. |
| Pg. 52, lns. 8-12 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403.<br>Cumulative–not unique testimony as Mr. Sydry will be able to offer same testimony. |
| Pg. 53, lns. 2-10 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403.<br>Cumulative–not unique testimony as Mr. Sydry will be able to offer same testimony. |

---

[1] As S4S objects to the admission of the Deposition of Leszek Orszulak in its entirety as cumulative, S4S does not provide any counter-designations for the Deposition of Leszek Orszulak.

| | |
|---|---|
| Pg. 54, ln. 19 – Pg. 55, ln. 2 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. Cumulative–not unique testimony as Mr. Sydry will be able to offer same testimony. |
| Pg. 57, lns. 19-21 | Cumulative–not unique testimony as Mr. Sydry will be able to offer same testimony. |
| Pg. 64, ln. 24 – Pg. 65, ln. 13 | Cumulative–not unique testimony as Mr. Sydry and/or Mr. Klein will be able to offer same testimony. |
| Pg. 66, lns. 17-21 | Cumulative–not unique testimony as Mr. Sydry will be able to offer same testimony. |
| Pg. 68, lns. 23-25 | Cumulative–not unique testimony as Mr. Sydry and/or Mr. Klein will be able to offer same testimony. |
| Pg. 76, lns. 8-15 | Cumulative–not unique testimony as Mr. Sydry will be able to offer same testimony. |
| Pg. 91, lns. 4-12 | Cumulative–not unique testimony as Mr. Sydry and/or Mr. Klein will be able to offer same testimony. |
| Pg. 96, ln. 18 – Pg. 97, ln. 22 | Irrelevant; Prejudice outweighs probative value–Fed. R. Evid. 402, 403. Cumulative–not unique testimony as Mr. Sydry will be able to offer same testimony. |

Respectfully submitted,

TROJAN LAW OFFICES
by

May 3, 2022
/s/ R. Joseph Trojan
R. Joseph Trojan
Attorney for Defendant,
CALIFORNIA EXPANDED METAL PRODUCTS COMPANY

-3-