**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAL4SAFTI, INC., | Case No. 2:20-cv-10409-MCS-JEM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA EXPANDED METAL PRODUCTS CO., | |
| Defendant. | |

The Court, having conducted a jury trial, having resolved a bench trial, and having resolved post-trial motions, enters judgment as follows:

Judgment is entered against Plaintiff Seal4Safti, Inc. on all its claims. Judgment is entered in favor of Defendant California Expanded Metal Products Co. on all its claims. Defendant shall take no monetary or injunctive relief. The Court will award costs and attorneys' fees to Defendant in a separate order. Fed. R. Civ. P. 54(d).

**IT IS SO ORDERED.**

Dated: October 3, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE